# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 15-025V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RANDALL HO,

        Petitioner,

        v.

SECRETARY OF HEALTH AND
HUMAN SERVICES

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Filed: October 3, 2016

Decision on Attorneys' Fees and Costs

**DECISION (ATTORNEYS' FEES AND COSTS)**

    In this case under the National Vaccine Injury Compensation Program,[1] a Decision issued on August 8, 2016. On September 21, 2016, Petitioner filed an Application for Attorneys' Fees and Costs, requesting a total payment of $23,416.09, representing attorneys' fees of $21,307.70, and $2,108.39 of attorneys' costs. On September 22, 2016, Respondent filed a statement indicating that Respondent has no objection to this request.

    I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $23,416.09, in the form of a check payable jointly to Petitioner and Petitioner's counsel, Edward Kraus, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.<br>George L. Hastings, Jr.<br>Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.